FILED
October 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003838476

LEWIS D. PARTRIDGE
Bankruptcy Trustee
PO BOX 863
Sloughhouse, CA 95683
(916) 799-4132

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO: **11-20509** |
| **MONIR POORSINA** | DCN#: **LDP-001** |
| Debtor(s). / | DATE: **November 29, 2011** |
| | TIME : **9:30 AM** |
| | COURTROOM: **35** |

AKA or DBA (if any):

Address:

Last four digits of SSN or TIN:

Employer's Tax ID No. (if any):

**NOTICE OF SALE OF ESTATE ASSETS TO DEBTOR**
**[11 U.S.C. § 363]**

TO: DEBTOR(S), ALL CREDITORS, UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

You are hereby notified that LEWIS D. PARTRIDGE, as Trustee of the estate of the above-named debtor, proposes to sell the following asset belonging to the debtor's estate, appraised as indicated, to wit:

1. The Trustee has received an offer from the Debtor to buy the estate's interest in the PROPERTY in exchange for $30,498.63 to be tendered from the Debtor, subject to the approval of the Court.

2. The offer from the Debtor is calculated to provide sufficient funds to the estate to pay all anticipated and projected administrative fees and costs as well as all filed and allowed claims in full. The source of funds to be

tendered to the Trustee by the Debtor is the post-petition gifts of money from the Debtor's family.

3. The Court initially set a deadline for the filing of timely claims in this case. The deadline was set at June 22, 2011.

4. The Trustee has reviewed the filed claims register as maintained by the Court and determined that the total of all unsecured claims that were timely filed is $21,966.45.

5. The Trustee has also determined that there appears to be no objection that can be raised against any of the filed claims.

6. The offer received from the Debtor is as follows:

   Total amount to be tendered: ..............................................$30,498.63

   Less: Projected maximum Trustee compensation: ............... -$2,799.86

   Less: Projected Estate income taxes on this sale[2]:................ -$3,232.32

   Less: CPA fees for preparation of estate income tax return:... -$1,500.00

   Net Funds for unsecured claims: ........................................$21,966.45

   Total timely-filed Unsecured claims: .....................................$21,966.45

7. The Trustee has determined that the interests of estate would be best served by selling the estate's interest in PROPERTY directly to the Debtor at an "Arm's Length" sale to maximize the proceeds and minimize the administrative costs of sale.

8. The Trustee has standing to sell this PROPERTY under §363(b) of Title 11 US Codes.

---

[2] Capital Gains income taxes computed at 15% of total amount to be tendered

NOTICE IS HEREBY GIVEN that a hearing will be held on **November 29, 2011**, **at 9:30 AM**, before the Honorable Christopher M. Klein, in Courtroom 35, 501 I Street, Floor, Sacramento, California, to consider and act upon the Motion for Sale of Assets.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the Motion for Sale of Assets, or if you want the Court to consider your views on the motion, then on or before **Error! Reference source not found.**, you or your attorney must file with the Court a written response explaining your position at:

U.S. Bankruptcy Court
501 I Street – Suite 3-100
Sacramento, CA  95814

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before **Error! Reference source not found.**. You must also mail a copy of your response to:

Lewis Partridge
Trustee in Bankruptcy
PO Box 863
Sloughhouse, CA  95683

Office of the US Trustee
501 I Street – Suite 7-500
Sacramento, CA  95814

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Trustee's Motion and may issue an Order Approving the Trustee's Sale of Property of the Estate to the Debtor, without even conducting a hearing on the Motion.

Not all information on file with the Court in this matter is contained in the Notice and anyone desiring further particulars may obtain a copy of the Motion from LEWIS D. PARTRIDGE, Bankruptcy Trustee, PO BOX 863, Sloughhouse, CA 95683 or from the U.S. Bankruptcy Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the motion.

DATED:

        /s/ LEWIS D. PARTRIDGE, TRUSTEE
        PO Box 863
        Sloughhouse, CA 95683
        (916) 799-4132
        lpartridge.trustee@sbcglobal.net